AUGUST 13, 1958

**No. 62299.**—Nolan Glove Co., Inc. *v.* United States, protest 294731–K.—

—Abstract 61511. Motion of Government for rehearing granted.

BEFORE THE SECOND DIVISION, AUGUST 19, 1958

**No. 62300.**—Sterns Fabrics and Laces, Inc. *v.* United States, protests 275921–K, 275922–K, and 275923–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.

**No. 62301.**—Martin M. Jordan Corp. et al. *v.* United States, protests 283360–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiffs was sustained.

**No. 62302.**—H. Bates Co., Inc. *v.* United States, protests 16646–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62303.**—Colin Douglas et al. *v.* United States, protests 16689–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 62304.**—H. Bates Co., Inc. *v.* United States, protests 19271–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62305.**—D. Strauss Co., Inc., et al. *v.* United States, protests 38536–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the items entered, or withdrawn from warehouse, prior to January 1, 1948, were held dutiable at 50 percent under paragraph 1529 (a), as modified by the trade agreement with France (T. D. 48346), and those entered, or withdrawn from warehouse subsequent to said date, were held dutiable at 35 percent under said paragraph, as modified by T. D. 51802.

**No. 62306.**—John Heathcoat & Co., Inc. *v.* United States, protests 57396–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62307.**—John Heathcoat & Co., Inc., et al. *v.* United States, protests 94074–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain